IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:22-CV-00023-KDB-DCK

KEON SCOTT,

    Plaintiffs,

v.

OCCUGUIDES USA, LLC,

    Defendants.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**TO:** U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina.

**TO:** Chief Jailer, Catawba County Detention Center, Newton, North Carolina.

**IT IS ORDERED** that the Chief Jailer of the **Catawba County Detention Center** have the body of **Keon Scott**, offender number **1335659**, now incarcerated at the Catawba County Detention Center, under safe and secure conduct before the undersigned United States District Judge Kenneth D. Bell, in and for the United States District Court for the Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, on or before **June 1, 2023, at 1:30 p.m.**, to be present for a hearing in this matter. Mr. Scott's hearing is scheduled to begin at **1:30 p.m. on Thursday, June 1, 2023**, in Courtroom #4B in the Frank G. Johns Wing of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina 28202.

Because Mr. Scott is not in federal custody for these proceedings, the United States Marshals Service shall not be responsible for accompanying Mr. Scott while he is in the courthouse. The Chief Jailer of the Catawba County Detention Center shall be responsible

for having sufficient state law enforcement officers to be present at all times, and shall be responsible for maintaining custody of, and ensuring safe and secure conduct by, Mr. Scott for the duration of the hearing in this matter. **The Chief Jailer of the Catawba County Detention Center shall ensure that Mr. Scott is present until this hearing is completed**.

**IT IS, THEREFORE, ORDERED** that the Chief Jailer at the Catawba County Detention Center must transport Plaintiff Keon Scott, so that he is present for a hearing to begin on **Thursday, June 1, 2023 at 1:30 p.m.,** and then return him to the Catawba County Detention Center at the conclusion of this hearing.

**IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to send a copy of this Order to all parties; the U.S. Marshal; the Chief Jailer of the Catawba County Detention Center, 100 Government Dr, Newton, NC 28658; and Joyce Meadows, NCDPS Administrative Specialist for Writs, joyce.meadows@ncdps.gov.

**SO ORDERED.**

Signed: May 22, 2023

Kenneth D. Bell
United States District Judge